**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JOHN E. GILLYARD, ADC #108071;                                    PLAINTIFFS
and BO DAVIS

v.                              No. 5:07CV00199 JLH/HLJ

JIMMY W. VIA, *et al.*                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without

prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 26th day of September, 2007.

_____
United States District Judge